UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASHLEY MARIE ARMSTRONG,<br><br>　　　　　Defendant. | Case No. 1:13-cr-00115-BLW-4<br><br>**REPORT AND RECOMMENDATION** |

　　　　On October 16, 2013, Defendant Ashley Marie Armstrong appeared before the undersigned United States Magistrate Judge to enter a guilty plea pursuant to a written plea agreement.  The Defendant executed a waiver of the right to have the presiding United States District Judge take her plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Amended First Superseding Information (Dkt. 88), the maximum penalties applicable, her Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed. Defendant waived her right to indictment on the charges contained in the Amended First Superseding Information.

The Court, having conducted the plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

Finally, upon the joint request of the parties, the undersigned found that all conditions of Defendant's pretrial release should be continued without invocation of the mandatory detention provision in 18 U.S.C. § 3143(a)(2) pending acceptance of Defendant's guilty plea by the District Judge at the time of sentencing.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Ashley Marie Armstrong's plea of guilty to Count 1 of the Amended First Superseding Information, (Dkt. 88), at the time of sentencing;

2) The District Court order forfeiture consistent with Defendant Ashley Marie Armstrong's admission to the Criminal Forfeiture allegation in the Amended First Superseding Information (Dkt. 88) and the Plea Agreement.

3) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss the Indictment (Dkt. 15) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

Dated: **October 17, 2013**

Honorable Candy W. Dale
United States Magistrate Judge